UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BENYAMIN ANDREW PILANT,** *et al* )<br>)<br>    **Plaintiffs,**                           )<br>)   Civil Action No.<br>)   1:11-cv-01077-RMC<br>v.                                                      )<br>)<br>**ISLAMIC REPUBLIC OF IRAN,** *et al.*  )   CORRECTED-NOTICE OF<br>)   <u>VOLUNTARY DISMISSAL</u><br>    **Defendants.**                          )   <u>PURSUANT TO RULE 41(a)</u> | |

   Please take notice that plaintiffs Benyamin Andrew Pilant, Samuel Philips Haisting Pilant, Robert Eliot Haisting Pilant, Elizabeth Anna Haisting Pilant and Rebecca Pilant hereby voluntarily dismiss their actions against the following remaining Defendants: Bank Saderat, Bank Sepah, Bank Melli and Iran Air, without prejudice.

   To date none of the above named defendants have answered or appeared. See FedRCivP 41(a)(1)(A)(i).

This  3 October 2014

                                                                  PLAINTIFFS,

                                                                  By Counsel

                                                                  _____
                                                                  /s/ Mike Miller
                                                                  Michael J. Miller, Esq.
                                                                  The Miller Firm LLC
                                                                  108 Railroad Avenue
                                                                  Orange, VA 22960
                                                                  Tel: 540-672-4224
                                                                  Fax: 540-672-3055

                                                        _____
/s/ Gavriel Mairone
Gavriel Mairone, Esq.
MM-LAW LLC
980 North Michigan Ave.
Suite 1400
Chicago, IL 60611
Tel: 312-253-7444
Fax: 312-275-8590

2